**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   CV 12-06385 JGB (JEMx)                              Date:  February 11, 2013

Title:         TIMOTHY O., et al. -v- PASO ROBLES UNIFIED SCH. DIST.
================================================================
PRESENT:        HONORABLE JESUS G. BERNAL, U.S. DISTRICT JUDGE


PROCEEDINGS:        ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD
                    NOT BE ENTERED AGAINST PLAINTIFF FOR FAILURE TO
                    APPEAR (IN CHAMBERS)

     By Order of February 6, 2013, the Court set a Scheduling Conference in this matter for 2:00 PM on February 11, 2013.  (Doc. No. 38.)  In violation of Local Rule 16-13, Plaintiffs' counsel failed to attend the conference.  The Court issues an order to show cause, why Plaintiffs' counsel, Marcy Tiffany, should not be sanctioned in the amount of $500, for her failure to appear at the Court-ordered scheduling conference set on this date.  Plaintiffs' counsel shall respond in writing to the order to show cause no later than February 25, 2013.  The matter will stand submitted at that time.

    **IT IS SO ORDERED.**


MINUTES FORM 11                                         Initials of Deputy Clerk   MG
CIVIL -- GEN                           Page 1