# JS-6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY O., ET AL., | Case No. CV 12-06385-JGB (JEMx) |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| PASO ROBLES JOINT UNIFIED SCHOOL DISTRICT, | |
| Defendant. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

In accordance with the Court's Order affirming Administrative Law Judge Rebecca Freie's decision, the Court enters Judgment in favor of Defendant Paso Robles Joint Unified School District.

IT IS SO ORDERED.

Dated: May 13, 2014

_____
Jesus G. Bernal
United States District Judge

1